461 A.2d 874

Toll, Appellant v. Toll.

 Argued April 19, 1983. Carolyn Engel Temin, for appellant; John H. Martin, III, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.